4/1/10
# 11089627

COPY

1.40

KJ

08-11742

# Claims Proposed Distribution
## Case:  GIBOO, ERNEST E.

Case Balance:  $2,901.38     Total Proposed Payment:  $2,901.38     Remaining Balance:  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY, <2100-00 Trustee Compensation> | Admin Ch. 7 | 725.35 | 725.35 | 0.00 | 725.35 | 725.35 | 2,176.03 |
| | THOMAS J. GAFFNEY, <2200-00 Trustee Expenses> | Admin Ch. 7 | 38.58 | 38.58 | 0.00 | 38.58 | 38.58 | 2,137.45 |
| **SUBTOTAL FOR  ADMIN CH. 7** | | | **763.93** | **763.93** | **0.00** | **763.93** | **763.93** | |
| 1 | Discover Bank/DFS Services LLC | Unsecured | 5,623.69 | 5,623.69 | 0.00 | 5,623.69 | 523.06 | 1,614.39 |
| 2 | Roswell Park Cancer Institute | Unsecured | 380.00 | 380.00 | 0.00 | 380.00 | 35.35 | 1,579.04 |
| 3 | Roswell Park Cancer Institute | Unsecured | 15.00 | 15.00 | 0.00 | 15.00 | 1.40 | 1,577.64 |
| 4 | CHASE BANK USA | Unsecured | 981.68 | 981.68 | 0.00 | 981.68 | 91.30 | 1,486.34 |
| 5 | Chase Bank USA NA | Unsecured | 9,218.02 | 9,218.02 | 0.00 | 9,218.02 | 857.36 | 628.98 |
| 6 | PYOD LLC Its successors and assigns | Unsecured | 4,541.09 | 4,541.09 | 0.00 | 4,541.09 | 422.36 | 206.62 |
| 7 | Rinker Oil Corp | Unsecured | 1,023.61 | 1,023.61 | 0.00 | 1,023.61 | 95.20 | 111.42 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 1,197.95 | 1,197.95 | 0.00 | 1,197.95 | 111.42 | 0.00 |
| **SUBTOTAL FOR  UNSECURED** | | | **22,981.04** | **22,981.04** | **0.00** | **22,981.04** | **2,137.45** | |
| | **Total for Case 08-11742 :** | | **$23,744.97** | **$23,744.97** | **$0.00** | **$23,744.97** | **$2,901.38** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $763.93 | $763.93 | $0.00 | $763.93 | 100.000000% |
| Total Unsecured Claims : | $22,981.04 | $22,981.04 | $0.00 | $2,137.45 | 9.300928% |



FILED

APR - 1 2010

BANKRUPTCY COURT
BUFFALO, NY